# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| MARCUS DUKES,<br>　Plaintiff, | : <br> : <br> : <br> : <br> : | CIVIL ACTION <br><br> No. 09-3869 |
| v. | : <br> : | |
| CATHERINE PAPPAS, Senior Trial Counselor,<br>Securities and Exchange Commission., *et al.*,<br>　Defendants. | : <br> : <br> : | |

**ORDER**

YOHN, J.

And now, this 20th day of July, 2010, pursuant to the authority conferred by 28 U.S.C. § 1915(e)(2), it is hereby **ORDERED** that:

　　1. Leave to proceed *in forma pauperis* is granted.

　　2. Plaintiff's second amended complaint (Doc. # 12) is **DISMISSED** with prejudice as failing to state a claim upon which relief may be granted.

　　3. The clerk shall mark this case closed for statistical purposes.

　　　　　　　　　　　　　　　　　　　　/s/ William H. Yohn Jr.
　　　　　　　　　　　　　　　　　　　　William H. Yohn Jr., Judge